JS-6/ENTER

[FILED stamps: SEP 10 2009, Entered - Southern Division, Clerk, U.S. District Court, Central District of California; SEP - 9 2009, Clerk, U.S. District Court, Central District of California, Southern Division at Santa Ana]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARCO SANTIAGO ZABALA,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT HOREL, Warden,<br><br>    Respondent. | Case No.  EDCV 08-647-MLG<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 9, 2009

_____
Marc L. Goldman
United States Magistrate Judge